TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00701-CV

George Nader Haidarian and Jila Haidarian, Appellants

v.

William Clary, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 96-11532, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 The record in this appeal of a temporary injunction was filed on January 27, 1997. On
January 30, 1997, the Court remanded the cause to the trial court for a hearing on whether appellants had
violated the terms of the temporary injunction. The cause was automatically reinstated on April 30, 1997. 
There has been no other activity.

 On September 25, 1997, the Clerk of this Court wrote appellants to inquire about the
status of the cause and to caution them that the Court could dismiss the appeal on its own motion. 
Appellants have not responded.

 Accordingly, the appeal is dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

Before Justices Powers, Aboussie and B. A. Smith

Dismissed for Want of Prosecution

Filed: December 11, 1997

Do Not Publish